# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 13, 2025

Lyle W. Cayce
Clerk

No. 24-50652
Summary Calendar
_____

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴏꜰ Aᴍᴇʀɪᴄᴀ,

*Plaintiff—Appellee*,

*versus*

Rɪɢᴏʙᴇʀᴛᴏ Vᴀʟᴅᴇᴢ-Zᴀᴠᴀʟᴀ,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CR-2717-1

_____

Before Hᴀʏɴᴇs, Hɪɢɢɪɴsᴏɴ, and Dᴏᴜɢʟᴀs, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:*

The attorney appointed to represent Rigoberto Valdez-Zavala has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Valdez-Zavala has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

_____

* This opinion is not designated for publication. *See* 5ᴛʜ Cɪʀ. R. 47.5.

No. 24-50652

well as Valdez-Zavala's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.